## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO.  CR-17-00113-001-HE |
| | ) | |
| MISAEL ESPARZA, | ) | |
| Defendant. | ) | |

### MINUTE SHEET OF PROCEEDINGS
### SENTENCING HEARING

| **Honorable Joe Heaton, Presiding** | Christy Anderson, Deputy Clerk |
|---|---|
| Emily Eakle, Court Reporter | Patricia Rivera, U.S. Probation Officer |
| | Date proceedings held: 12/21/2017 @ 2:30 p.m. to 3:30 p.m. Time in court: 1 hour |

| Appearance for Government: David Petermann, AUSA | Appearance for Defendant: Cesar Armenta, Esq., |
|---|---|

**HEARING CONCLUDED**:     ☒ Yes;  ☐ No;

**Hearing Type:**    ☐ Sentencing Hearing – Contested;  ☒ Sentencing Hearing – Non Evidentiary;

**Held on count(s)** _____1_____ of the _____1_____ count:

☐ Indictment;  ☐ Information;  ☐ Superseding Indictment;  ☒ Superseding Information filed: 7/31/2017;

**Applicable Proceedings**:

| | | | |
|---|---|---|---|
| ☒ Sentencing held | ☒ Objections to the PSR heard | ☐ Plea Agreement accepted | ☐ Plea Agreement NOT accepted |
| ☒ Sentencing Guidelines | ☐ Downward Departure | ☐ Upward Departure | ☐ Settled/Guilty Plea |
| ☐ Witness Testimony heard | ☐ Evidence Entered | ☐ Other | |

**SENTENCING TEXT**:

☐    Defendant sentenced to a term of **PROBATION** for: _____ months;

☒    Defendant sentenced to a term of **IMPRISONMENT** to the Bureau of Prisons for a term of: _____108_____ months as to count(s)_____1_____;

☐    Counts _____ to run ☐ concurrently; ☐ consecutive to each other;

☒    Defendant placed on a term of **SUPERVISED RELEASE** for a term of _____4_____ years;

☐    Counts _____ to run ☐ concurrently; ☐ consecutive to each other;

☒    Additional **special conditions** imposed *(See judgment and commitment order for specifics)*;

**CRIMINAL MONETARY PENALTIES**:

☐    **Restitution** is ordered in the amount of:  $-0-_____;
     ☐ to be paid in installments ☐ due immediately;

☐    **Fine** imposed in the amount of $-0-_____;

☐ to be paid in installments ☐ due immediately;

☐     **JVTA Assessment** imposed in the amount of $-0-_____;

☐ to be paid in installments ☐ due immediately;

☒     $100.00 **special assessment** on Count(s)_____1_____ due immediately;

**Government motions**:

☐     Count(s) _____ dismissed on motion by the government;

☒     Order dismissing original indictment/information entered upon motion of the government;

**Custody Status**:

☐     Defendant ordered to surrender to the designated institution on _____;

☐     Defendant failed to appear, Bench Warrant issued;

☐     **Bond** ☐ **Continued**; ☐ **Revoked**;

☐     **Custody/Detention continued**;

☒     Defendant **REMANDED** to the Custody of the U.S. Marshal pending service of sentence;

☒     Court **recommends** incarceration at FCI Texarkana or USP Atlanta_____;

☐     Other recommendations by the court _____;

**Appeal status**:

☒     Defendant advised of their right to appeal;

☐     Defendant requests Clerk to enter notice of appeal;

---

*Other proceedings*:    See judgment and commitment order for sentencing specifics; Court Adjourned.

*Revised minute-sentencing-January, 2017*