IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )
                             )
        -vs-                 )    Case No. **CR-17-113-HE**
                             )
MISAEL ESPARZA,              )
                             )
            Defendant.       )

## ORDER OF DISMISSAL

NOW on this 21st day of December, 2017, on Motion of the plaintiff, United States of America, to dismiss the Indictment returned herein on June 6, 2017, as to the defendant, **Misael Esparza,** for the reason that such action would best serve the ends of justice in view of the defendant, **Misael Esparza,** having entered a plea of guilty to a one-count Superseding Information,

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED THAT the Indictment returned herein on June 6, 2017, as to defendant, **Misael Esparza,** be and the same is hereby dismissed.

_____
JOE HEATON
United States Chief District Judge