**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | NO. CR-17-00113-001-HE |
| | ) | NO. CIV-19-0007-HE |
| MISAEL ESPARZA, | ) | |
| | ) | |
| Defendant. | ) | |

## JUDGMENT

In accordance with the order entered this date, the motion seeking habeas relief pursuant to 28 U.S.C. § 2255 is **DENIED**.

**IT IS SO ORDERED.**

Dated this 23rd day of April, 2019.

JOE HEATON
CHIEF U.S. DISTRICT JUDGE